**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**PHILLIP J. OAKES,
ADC #145126**                                                                                    **PLAINTIFF**

v.                    **CASE NO. 5:10Cv00278 BSM/HDY**

**ARKANSAS DEPARTMENT OF
CORRECTION et al.**                                                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 4] have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against the Arkansas Department of Corrections are dismissed with prejudice.

Dated this 25th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE