IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP J. OAKES                                                                                          PLAINTIFF
ADC #145126

V.                                           NO: 5:10CV00278 BSM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                          DEFENDANTS

**ORDER**

For good cause shown, Plaintiff's motion to amend his complaint to add as Defendants George Wilson and Judy Savoy (docket entry #25) will be granted. The Court observes that two other Defendants, Ray Hobbs and Wendy Kelley, filed a motion for summary judgment, brief in support, and statement of facts, on November 1, 2010 (docket entries #18-#20). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to respond.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's motion to amend (docket entry #25) is GRANTED, the Clerk is directed file the motion's attachment as Plaintiff's amended complaint, and to add as Defendants George Wilson and Judy Savoy.

2.   Service is appropriate on Defendants George Wilson and Judy Savoy, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #25), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

3.   Plaintiff is directed to file his response to the pending motion for summary judgment

1

(docket entry #18), no later than 14 days after the entry of this order.

DATED this   19   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE