**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**PHILLIP J. OAKES,
ADC #145126**                                                                                    **PLAINTIFF**

v.                    **CASE NO. 5:10cv00278 BSM/HDY**

**ARKANSAS DEPARTMENT OF
CORRECTIONS, et al.**                                                      **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 29] have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Michael Pheiffer are dismissed without prejudice, and Pheiffer's name is removed as a party defendant..

IT IS SO ORDERED THIS 1st day of February, 2011.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE