## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PHILLIP J. OAKES                                                                                    PLAINTIFF
ADC #145126

V.                                          NO: 5:10CV00278 HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against the Arkansas Department of Correction, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __26__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE